UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARICA SMITH    Plaintiff, | ))) |
| v. | )   Case No. 5:24-cv-01364-SLP) |
| LVNV FUNDING LLC,    Defendant. | ))) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS

COMES NOW the Plaintiff and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) hereby requests that this action against Defendant LVNV FUNDING LLC be dismissed with prejudice pursuant to a settlement agreement among the parties.

Respectfully submitted,

Dated: February 6, 2025      By: s/ Tiffany Hill
Tiffany Hill, Esq. (OBA# 31332)
PO Box 5302
Edmond, OK 73083
(405) 456-9406
thlegalconsulting@gmail.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                                                Respectfully submitted,

Dated: February 6, 2025                   s/ Tiffany Hill